### PALM v. STATE. (No. 7759.)

(Court of Criminal Appeals of Texas. May 30, 1923.)

Criminal law. ⬤⟳1182—Where no statement of facts or bill of exceptions, judgment will be affirmed in absence of fundamental error.

Where neither statement of facts nor bill of exceptions accompanies the record, and there is no complaint or fault in the procedure, nor any fundamental error revealed by the record, conviction will be affirmed.

Appeal from Criminal District Court, Dallas County; C. A. Pippen, Judge.

Frank Palm, alias Frank Palmer, was convicted of nighttime burglary, and appeals. Affirmed.

R. G. Storey, Asst. Atty. Gen., for the State.

MORROW, P. J. The offense is nighttime burglary; punishment fixed at confinement in the penitentiary for a period of four years.

Neither statement of facts nor bill of exceptions accompanies the record. There is no complaint or fault in the procedure, nor is there any fundamental error revealed by the record.

The judgment is affirmed.